EUGENE SHERK, as Receiver, etc., Respondent, v. LUCILLE CATENA and Others, Appellants. MILLFIELD REALTY COMPANY and Another, Defendants.— Motion for stay granted, upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, conditioned to pay the amount of the judgment appealed from, including the costs

of the appeal, in the event of its affirmance; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.